# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| BENITO SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FMC INSTALLATION, LLC, FRANCISCO CAZARES YONG, MAIRA MONCERRAT GONZALEZ, JBC PRODUCT MANAGEMENT, LLC and JBC PRODUCT MANAGEMENT, INC.,<br><br>　　　　　　Defendants. | Case No. 3:21-cv-00827-JR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JBC PRODUCT MANAGEMENT, LLC AND JBC PRODUCT MANAGEMENT, INC. (ONLY)** |

Pursuant to the stipulation between Plaintiff Benito Sanchez and Ritchie Trucking Services, Inc., the successor to Defendants JBC Product Management, LLC and JBC Product Management, Inc., the claims against JBC Product Management, LLC, and JBC Product Management, Inc. are dismissed with prejudice, each party to bear their own costs. This Order only dismisses the claims against JBC Product Management, LLC, and JBC Product Management, Inc.

　　IT IS SO ORDERED

SIGNED this 18th day of March, 2022.　　　/s/ Jolie A. Russo
　　　　　　　　　　　　　　　　　　　　　　　Jolie A. Russo
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge